GUARANTY TRUST COMPANY OF NEW YORK, as Trustee of a Trust Created by FINOTTO T. PEDERZOLI, Respondent, *v.* MIDLAND BANK EXECUTOR AND TRUSTEE COMPANY LIMITED OF LONDON, as Executor of ALICE PEDERZOLI, Deceased, et al., Respondents, and ROMANO FORESTI et al., Infants, by L. LAWRENCE GREEN, Their Guardian ad Litem, et al., Appellants.

Argued November 15, 1948; decided December 3, 1948.

*Charles Ettinger* and *L. Lawrence Green,* guardian ad litem for Romano Foresti and others, appellants.

*Walter Herzfeld, Samuel Conrad Cohen* and *Angelo Piero Sereni* for Bianca A. P. Mezzacapa and others, appellants.

*Alfred J. L'Heureux, Peter X. McManus* and *William A. Lockwood* for Midland Bank Executor and Trustee Company Limited, and another, respondents.

*William T. Collins, II,* and *Otis T. Bradley* for Guaranty Trust Company of New York, respondent.

Judgment affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.